UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JERRILEE BARAJAS, | |
| Petitioner, | Civil No. 25-3708 (JRT/LIB) |
| v. | |
| L. MOLIS, *AW*, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Defendant. | |

---

Jerrilee Barajas, FCI Waseca, P.O. Box 1731, Waseca, MN 56093, Pro Se Petitioner.

Ana H. Voss, Gregory G. Brooker, **UNITED STATES ATTORNEY'S OFFICE**, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for the Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Leo I. Brisbois dated October 23, 2025 (Docket No. [5]), along with all the files and records, and because no objections to the Report and Recommendation have been filed, **IT IS HEREBY ORDERED** that:

    1. The Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be **DENIED**; and

    2. This action be **DISMISSED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: February, 4, 2026                  _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                    United States District Judge